```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION

In Re:                          §
SILICA PRODUCTS LIABILITY       §    MDL Docket No. 1553
LITIGATION                      §
```

## ORDER NO. 30

IT IS HEREBY ORDERED:

1. "Certain Defendants' Motion to Continue the Stay of the Effective Date of the Remand Order," filed July 26, 2005 (Docket Entry No. 1920), is GRANTED. The cases listed in "Appendix A" of Order No. 29 will be remanded on August 30, 2005.

2. As set by Order No. 29, the Court will conduct an in-person status conference on August 22, 2005 at 9:00 a.m. No later than August 12, 2005, Liaison Counsel for each side shall file with the Court a list of all items any party wishes to have included on the Court's agenda for this conference. This list shall include any and all motions (including docket entry numbers and a brief description of each motion's substance) still pending after the implementation of the rulings contained in Order No. 29. If a movant(s) wishes to withdraw any pending motion in light of Order No. 29 or other subsequent events, this also should be noted on the list. Finally, if a party contests subject-matter jurisdiction in any case in which no motion to remand or motion to dismiss for

lack of jurisdiction is pending, a motion challenging jurisdiction should be filed no later than August 12, 2005.

SIGNED and ENTERED this 4th day of August, 2005.

_____
Janis Graham Jack
United States District Judge