IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In Re: | § | |
| SILICA PRODUCTS LIABILITY | § | MDL Docket No. 1553 |
| LITIGATION | § | |
| | § | |

## ORDER NO. 35

IT IS HEREBY ORDERED:

1. "Plaintiffs' Motion to Withdraw Footnote 4 of Order 31" (d.e. 1982) is DENIED.

2. On September 21, 2005 at 1:15 p.m., the Court will conduct a telephone conference with Liaison Counsel concerning the status of the parties' compliance with Order No. 31 ¶ 13.[1]

3. At the request of Liaison Counsel for each side, the status conference scheduled for September 26, 2005 is continued to Monday, November 14, 2005 at 9:00 a.m.  No later than November 4, 2005, Liaison Counsel for each side shall file with the Court a proposed agenda for this conference, including all pending motions.

SIGNED and ENTERED this 9th day of September, 2005.

_____
Janis Graham Jack
United States District Judge

---

[1] Order No. 31 ¶ 13 requires the parties to jointly file with the Court an indexed list of all x-rays in the x-ray repository and/or document depository.