IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

```
In Re:                           §
SILICA PRODUCTS LIABILITY        §      MDL Docket No. 1553
LITIGATION                       §
```

## ORDER NO. 36

IT IS HEREBY ORDERED:

1. "Certain Defendants' Motion to Continue the Stay of the Effective Date of the Remand Order," filed September 28, 2005, (Docket Entry No. 1999), is GRANTED. The cases listed in "Appendix A" of Order No. 29 will be remanded on October 31, 2005.

   SIGNED and ENTERED this 29th day of September, 2005.

   _____
   Janis Graham Jack
   United States District Judge