# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| SILICA PRODUCTS LIABILITY | § | MDL Docket No. 1553 |
| LITIGATION | § | |

## ORDER NO. 37

In Order No. 29, this Court stayed the effective date of its Remand Order for the purpose of allowing the Mississippi Supreme Court time to consider how Mississippi's judicial system could best handle the influx of remanded cases. During a telephonic hearing on September 30, 2005, however, this Court learned that the Mississippi Supreme Court had denied all Defendants' petitions for relief regarding the remanded cases. The parties now agree that there is no reason to continue to delay the effective date of the Remand Order.

THEREFORE, IT IS HEREBY ORDERED:

1. Order Number 36, granting "Certain Defendants' Motion to Continue the Stay of the Effective Date of the Remand Order," is VACATED.

2. The cases listed in "Appendix A" of Order No. 29 are REMANDED effective immediately.

   SIGNED and ENTERED this 30th day of September, 2005.

   _____
   Janis Graham Jack
   United States District Judge