```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

|  |  |  |
|---|---|---|
| In Re: § | | |
| SILICA PRODUCTS LIABILITY § | MDL Docket No. 1553 | |
| LITIGATION § | | |
| § | | |

## ORDER NO. 39

IT IS HEREBY ORDERED:

1. Dr. Ray Harron's "Motion to Reargue His Fifth Amendment Claim Against Production of Documents" (d.e. 2041) is MOOT as production has already been completed;

2. For the reasons stated in Order No. 38, "Certain Defendants' Motion for Reconsideration" (d.e. 2038) of the Court's remand order in the cases of <u>Blevins v. Pulmosan Safety Equipment Corp.</u>, S.D. Cause No. 05-549; <u>Douglas v. Pulmosan Safety Equipment Corp.</u>, S.D. Cause No. 05-371; and <u>Nix v. Pulmosan Safety Equipment Corp.</u>, S.D. Cause No. 05-337, is DENIED.

SIGNED and ENTERED this 23st day of November, 2005.

_____
                Janis Graham Jack
            United States District Judge