IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| In Re: § | | |
| SILICA PRODUCTS LIABILITY § | MDL Docket No. 1553 | |
| LITIGATION § | | |

## ORDER NO. 41

On this day came on to be considered certain Defendants' "Motion For Order Requiring All Documents And/Or X-Rays Produced By Parties Be Retained By Omni Litigation" (D.E. 2067, 2069). The Court has been made aware of on-going investigations concerning silicosis litigation by the United States Congress, the United States Department of Justice, a grand jury in the Southern District of New York, and, most recently, the Attorney General of the State of Texas. The Court once again reiterates that the interests of justice would best be served if every entity having an interest in this litigation share access to the X-Rays and other relevant documents, and no single entity attempt to unilaterally take control of the documents. Accordingly, it is HEREBY ORDERED that:

1. Certain Defendants' "Motion For Order Requiring All Documents And/Or X-Rays Produced By Parties Be Retained By Omni Litigation" (D.E. 2067, 2069) is GRANTED. This Court's Order No. 40 (D.E. 2059), ordering the transfer of the document depository to Capitol Copy & Imaging in Jackson, Mississippi, is STAYED and the documents and X-Rays will remain with Omni

    Litigation Support Services until otherwise ordered by the Court.

2. As noted in Order No. 38, ¶ 4, the Court retains jurisdiction over the document depository. Any entity not previously authorized to access the document depository must file a motion with this Court requesting access.

SIGNED and ENTERED this 7th day of July, 2006.

_____
Janis Graham Jack
United States District Judge