IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | § | |
|---|---|---|
| In Re: | § | |
| SILICA PRODUCTS LIABILITY | § | MDL Docket No. 1553 |
| LITIGATION | § | |
| | § | |

## ORDER NO. 43

On this day the Court held a telephone conference regarding Norton Company n/k/a Saint-Gobain Abrasives Inc.'s ("Norton") motion to request release of the August 24, 2002 X-Ray for former MDL 1553 Plaintiff Mose Doss ("Motion") (D.E. 2081).

The Court hereby GRANTS Norton's Motion, and the Court hereby ORDERS that Norton check out the subject X-Ray in accordance with the X-Ray protocol set forth in Order No. 40.[1]  (D.E. 2059).

SIGNED and ENTERED this 26th day of September, 2006.

_____
Janis Graham Jack
United States District Judge

---

[1] The Court notes that Order No. 41 (D.E. 2073) STAYED Order No. 40 in its entirety.  The Court reiterates that Order No. 40 remains STAYED at the present time.