```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

|  |  |  |
|---|---|---|
| In Re: § | | |
| SILICA PRODUCTS LIABILITY § | MDL Docket No. 1553 | |
| LITIGATION § | | |
| § | | |

## ORDER NO. 44

On this day the Court held a hearing in the above-styled action. At this hearing, the Court made the following orders:

1. Omni Litigation Support Services ("Omni") shall file a certificate of compliance with the Court, certifying that it has scanned and digitized every document (excluding X-Rays) in the depository, by April 13, 2007;

2. Omni shall provide Mr. Darrell Barger and Mr. Gregory Gowan each with a digital copy of the documents from the depository. Mr. Barger and Mr. Gowan shall act as official custodians of the digitized documents. Mr Barger and Mr. Gowan shall each maintain a primary copy and a back-up copy of the digitized documents. Any party who wishes to receive a copy of the digitized documents shall contact Mr. Barger or Mr. Gowan for access. Any party who wishes to reclaim the original paper copies of their documents shall retrieve such documents from Omni by May 31, 2007; and

3. The parties shall meet and formulate a plan for ensuring that

the X-Rays in the depository are retained for future evidentiary purposes. The parties shall file their proposed plan with the Court by September Wednesday September 19, 2007. The Court will hold a hearing to address the issue of the placement of the X-Rays on Wednesday October 3, 2007 at 1:15 PM.

SIGNED and ENTERED this 22nd day of March, 2007.

_____
Janis Graham Jack
United States District Judge